## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JONATHAN M. ISOM**                                                                    **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 2:16-CV-109-KS-MTP**

**VALLEY FORGE INSURANCE COMPANY, et al.**                              **DEFENDANTS**

## ORDER

On January 11, 2017, Plaintiff Jonathan M. Isom ("Movant") filed his Motions for Reconsideration [120].  Defendants ("Respondents") have until on or before **January 25, 2017**, to respond to this motion.  Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).  If Movant wishes to file a rebuttal, he may do so on or before **February 1, 2017**.  Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration.  L.U.Civ.R. 7(b)(4).  Any party seeking an extension must advise the Court whether it is opposed.  L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' response shall not exceed thirty-five (35) pages.  L.U.Civ.R. 7(b)(5).  If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __11th__ day of January, 2017.

        __s/Keith Starrett_____
        KEITH STARRETT
        UNITED STATES DISTRICT JUDGE